UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Castleberry, | ) | CASE NO.: 1:22-CV-1117 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | **REPORT OF PARTIES PLANNING** |
| Cuyahoga County, et al., | ) | **MEETING UNDER FED. R. CIV. P. 26(f)** |
| | ) | **AND L.R. 16.3(b)(3)** |
| Defendants. | ) | |
| | ) | |
| | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R.16.3(b)(3), a meeting was held on September 12, and was attended by:

    Counsel for Plaintiff(s): Sara Gedeon

    Counsel for Defendants Cuyahoga County, Wilson, Jozwiak, Honacker, Hickerson, Barthany, Pritchett, Ivey, Matejka, Brewer, and Bodeker: Brendan D. Healy and Jillian Eckart
    Counsel for Defendant Cashin: Christine Santoni

    Counsel for Defendant Mills in his Individual Capacity: Benjamin G. Chojnacki

2. The parties:

    ☐   have not been required to make initial disclosures:

    ☐   exchanged the pre-discovery disclosures required by Fed. R. Civ. P 26(a)(1)

    ☑   will exchange the pre-discovery disclosures by October 5, 2022.

3. The parties recommend the following track:

    ☐ Expedited      ☑ Standard      ☐ Complex

    ☐ Administrative    ☐ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

- ☐ Early Neutral Evaluation
- ☐ Mediation
- ☐ Arbitration
- ☐ Summary Jury Trial
- ☐ Summary Bench
- ☒ Case not suitable for ADR (at this time)

5. The parties ☐ do/ ☒ do not consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

   (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

   Parties anticipate serving written discovery involving the conduct of Defendants, including the conduct that is the subject of the Complaint. Parties anticipate the depositions of all Defendants, Plaintiff, and any other witnesses identified in written discovery and/or depositions. Parties anticipate that expert reports and depositions will be necessary.

   (b) The parties:
   ☐ Agree that there will be no discovery of electronically-stored information;
   ☒ Have agreed to a method for conducting discovery of electronically-stored information (to be determined);
   ☐ Have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District Ohio Local Rules)

   (c) Non-Expert Discovery cut-off date: April 28, 2023
   (d) Plaintiff's (or party with the burden of proof on an issue): June 16, 2023.
   Defendants' expert reports due: July 31, 2023.
   Expert Discovery cut-off date: September 15, 2023.

7. Recommended dispositive motion date: October 27, 2023.

8. Recommended cut-off for amending the pleadings and/or adding additional parties: <u>December 16, 2022.</u>

9. Recommended date for a status hearing: <u>April 2023.</u>

Respectfully submitted,

<table>
<tr><td>

/s/ Sara Gedeon
David B. Malik (0023763)
Sara Gedeon (0085759)
Malik Law
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026
440-729-8260
david@davidmaliklaw.com
sgedeon1021@gmail.com

</td><td>

/s/ Brendan D. Healy
Brendan D. Healy (0081225)
Jillian Eckart (0088770)
The Justice Center
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
(216) 443-7823
bhealy@prosecutor.cuyahogacounty.us
jeckart@prosecutor.cuyahogacounty.us
Attorney for Defendants Cuyahoga County, Mills (in his Official Capacity only), Wilson, Jozwiak, Honacker, Hickerson, Barthany, Pritchett, Matejka, Brewer, and Bodeker

/s/ Benjamin G. Chojnacki
Benjamin G. Chojnacki
R. Todd Hunt
Walter & Haverfield
3500 Tower at Erieview
1301 East Ninth Street
Cleveland, OH 44114
216-619-7850
Fax: 216-916-2430
Email: bchojnacki@walterhav.com

/s/ R. Todd Hunt
R. Todd Hunt
Walter & Haverfield
3500 Tower at Erieview
1301 East Ninth Street
Cleveland, OH 44114
216-928-2935
Fax: 216-575-0911

</td></tr>
</table>

Email: rhunt@walterhav.com
Attorneys for Defendant Kenneth Mills in his Individual Capacity

/s/ Christine Santoni
**Christine Santoni**
Reminger Co. - Cleveland
1400 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
216-687-1311
Fax: 216-687-1841
Email: csantoni@reminger.com
Attorney for Defendant Cashin

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022 a copy of the foregoing Report of Parties Planning Meeting Under Fed. R. Civ. P. 26(f) and Local Rule 16.3(b) was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sara Gedeon*
Sara Gedeon (0085759)